# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-8151-R**                    **DATE: MARCH 29, 2012**

**TITLE: ERIC SCULLIN et al -V- BILLABONG INT'L LTD et al**

===============================================================

**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                               **N/A**
**Deputy Clerk**                                **Court Reporter**


ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

**Not present**                                **Not present**


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON APRIL 9, 2012

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


**MINUTES FORM II**                                        Initials of Deputy Clerk __WH__
**CIVIL - GEN**                    D-M